IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-cr-00043 |
| | ) | CHIEF JUDGE HAYNES |
| MARCUS CULVER | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO RESET SENTENCING HEARING**

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant U.S. Attorney, respectfully requests that the Court reset the sentencing hearing in this matter, currently scheduled for August 1, 2014 at 3:30pm, for August 8, 2014, at 3pm or later, or for another date convenient for the Court.

In support of this motion, the Government submits that the undersigned Assistant U.S. Attorney will be out of state for the entirety of the week of July 28, 2014, including on August 1, 2014. The Government has conferred with counsel for the defendant, who does not oppose this motion.

For the foregoing reasons, the Government respectfully asks this Court to reset the sentencing hearing in this matter August 8, 2014, at 3pm or later, or for another date convenient for the Court.

Respectfully submitted,

DAVID RIVERA
United States Attorney

BY: s/ William F. Abely
William F. Abely, Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203

*[Handwritten annotation:] ORDER. This matter is granted. Reset for August 8, 2014 at 3:00 pm. /s/ [Judge] 5-15-14*