UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:14-cr-00043 |
| | ] JUDGE HAYNES |
| MARCUS CULVER | ] |

*[Handwritten annotation: Granted. This motion is granted. Counsel for parties to submit an agreed order. Judge. with new date for the hearing. Allen USMJ 8-1-14]*

## MOTION TO BRIEFLY CONTINUE SENTENCING HEARING

Comes now undersigned counsel and hereby respectfully moves this Honorable Court to continue the sentencing hearing in the above-styled case for thirty (30) days. For cause, undersigned counsel would state and show that, due to his own schedule, he has been unable to finalize preparations for the sentencing hearing in this case. Furthermore, undersigned counsel has not concluded the investigation necessary to submit corrections or additional information to the Presentence Report writer. Counsel believes that a brief continuance of approximately thirty (30) days would be sufficient to allow him to adequately prepare for the hearing and finalize his investigation.

Counsel would note that the Assistant United States Attorney prosecuting this case has authorized counsel to inform the Court that the Government has no objection to the instant motion. Counsel also notes that Mr. Culver has been on pretrial release since his initial appearance in March of this year, and has been negotiating with the Government before that. Thus far, Mr. Culver has been fully compliant with the terms of his pretrial release, and counsel is unaware of any indications that Mr. Culver is likely to become noncompliant.