UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 3:14-cr-00043 |
| | ] | JUDGE HAYNES |
| MARCUS CULVER | ] | |

## JOINT MOTION TO SUBMIT PROPOSED AGREED ORDER

Comes now the Defendant, Marcus Culver, by and through counsel, and with the consent of the Government, and hereby submits the following proposed agreed scheduling order in the above-styled case:

The sentencing hearing in this case is rescheduled until September 26, 2014. at 4:00

It is so ORDERED.

Entered this 11th date of August, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge

Approved for Entry

s/Patrick Frogge
Patrick Frogge
Counsel for the Defendant


s/William Abely (by permission Patrick Frogge)
William Abely
Counsel for the Government