UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 3:14-cr-00043 |
| | ] | JUDGE HAYNES |
| MARCUS CULVER | ] | |

*[Handwritten annotation: DENIED. This motion is granted. —illegible— 9-26-14]*

### MOTION TO LATE-FILE EXHIBITS TO SENTENCING MEMORANDUM

Comes now undersigned counsel, on behalf of the Defendant, and hereby moves this Court to allow him to late-file two exhibits to his sentencing memorandum previously filed (docket entry 54), because they were inadvertently omitted from the earlier filing. Specifically, the sentencing memorandum references two versions of the Defendant's statement to law enforcement, and claims that the statements are attached (*see id.* at page 3) Upon closer inspection, however, it is apparent that the statements are not attached to the memorandum. This was an oversight by undersigned counsel, and was unintentional. Counsel does not believe that the late acceptance by this Court would prejudice the Government, as the statements were provided in discovery

Respectfully submitted,

_s/ Patrick G. Frogge_
PATRICK G. FROGGE, No. 20763
Bell, Tennent & Frogge
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110 (telephone)
(615) 244-1114 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically to Assistant U.S. Attorney Bill Abely Suite A-961, 110 Ninth Avenue, South, Nashville, Tennessee 37203 on this the 26st day of September, 2014.

___s/Patrick G. Frogge_____
PATRICK G. FROGGE
